**No. 09-7117. Phillip Alan Adams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1050, 131 S. Ct. 46, 177 L. Ed. 2d 1135, 2010 U.S. LEXIS 5660.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1008, 130 S. Ct. 3452, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5013.